FILED ✓          LODGED
_____ RECEIVED   _____ COPY

NOV 2 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         v.<br><br>Gilberto Tapia,<br>a.k.a.: Gilberto Tapia-Teran,<br><br>                    Defendant. | NO.   **CR-17-01534-PHX-DJH(DKD)**<br><br>**INDICTMENT**<br><br>VIO:    8 U.S.C. § 1326(a) and (b)(1)<br>          (Reentry of Removed Alien)<br>          Count 1 |

THE GRAND JURY CHARGES:

On or about June 3, 2014, at or near Florence, in the District of Arizona, GILBERTO TAPIA, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 7, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
_____
FOREPERSON OF THE GRAND JURY
Date: November 21, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
_____
JILLIAN BESANCON
Assistant U.S. Attorney